The David Gilmour Door Company, Respondent, v. Daniel Shollenberger and Ralph Shollenberger, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Frank L. Blenis, Respondent, v. Utica Knitting Company, Appellant.— Order modified by striking out the provision which settles issues, and as so modified affirmed, without costs of this appeal to either party. Held, that the issues are triable by jury as matter of right and that the action is not one where issues may be settled. (Code Civ. Proc. §§ 968, 970, 971.) All concurred, except McLennan, P. J., who dissented and voted for affirmance.

Stanislaus Borowski, Respondent, v. Ocean Accident and Guarantee Corporation, Limited, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Giuseppe Verdiglione, as Administrator, etc., of Rosario Verdiglione, Deceased, Respondent, v. Kate L. Graves and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.

Burton E. Sayles, as Executor and Trustee, etc., of Louisa Sayles, Deceased, Appellant, v. John Queirolo, Respondent.— Judgment affirmed, with costs. All concurred.

Clarence E. Evans, an Infant, etc., Appellant, v. Eastman Kodak Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kruse and Robson, JJ., who dissented.

Carrie A. Peck and Ernest I. White, Respondents, v. H. H. Franklin Manufacturing Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

John Durrell and Loren Lamphere, Copartners Trading under the Firm Name of Durrell & Lamphere, Respondents, v. School District No. 8 of the Town of Sheridan, Appellant.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented.

Charles E. Francis Company, Appellant, v. Thomas E. Webb, Respondent.— Judgment and order affirmed, with costs. All concurred.

William H. Van Alstine, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals dismissed, no leave being necessary.

Daniel D. Bender, Respondent, v. H. J. Koehler Sporting Goods Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Herman Kessler, Appellant, v. The Town of Ashford, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event. Held, that the notice served was sufficient. All concurred.

John C Haight, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Albert Luce, Respondent, v. Niagara Electro Chemical Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall within twenty days stipulate to reduce the